E-FILED 11/30/10
TERM #10
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARK ANTHONY WILLIAMS, an individual doing business as COASTAL GARDENS LANDSCAPE CO.<br><br>Defendants. | CASE NO.: CV10-5210 PSG(VBKx)<br><br>ASSIGNED TO THE HONORABLE PHILIP S. GUTIERREZ<br><br>[~~PROPOS~~ED] JUDGMENT |

Plaintiffs' motion for default judgment came on regularly for hearing on December 6, 2010, in the above-referenced Court, the Honorable Philip S. Gutierrez, United States District Judge, presiding.  Appearances were stated on the record.

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the

1  Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the
2  Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and
3  Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National
4  Pension Fund, and Trustees of the International Training Fund shall recover from
5  defendant Mark Anthony Williams, an individual doing business as Coastal Gardens
6  Landscape Co., the principal amount of $70,616.76, attorneys' fees of $10,226.00, and
7  costs of $513.54, plus post-judgment interest as provided by law from the date of entry
8  of the judgment herein.

10  Dated: 11/29/10

11                              UNITED STATES DISTRICT JUDGE

13  Presented November 2, 2010 by:
14  LAQUER URBAN CLIFFORD & HODGE LLP

16      By: /s/ *Denise E. Carter*
           DENISE E. CARTER
17      Attorney for Plaintiffs,
        Trustees of the Southern California Pipe Trades
18      Health and Welfare Fund, et al.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On November 2, 2010, I served the foregoing document(s) described below:

**[PROPOSED] JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Mark Anthony Williams dba Coastal Gardens Landscape
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Altadena, CA 91001

XXX (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on November 2, 2010, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

Cheryl Roberts